

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00448-CR

**EX PARTE** Ramiro Cordova **GARCIA**

From the County Court, Kinney County, Texas
Trial Court No. 14132CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: August 16, 2023

APPEAL DISMISSED

On August 7, 2023, appellant filed a motion to dismiss this appeal. The motion is granted,

and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish